```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Paul Francis Blackmer, Jr.

      v.                                               Civil No. 13-cv-179-SM

NH State Prison, Warden


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 15, 2013.  Blackmer is ordered to pay the filing fee within thirty days from the date of this order.  Failure to comply with this order within the specified time will result in the dismissal of this case.


    SO ORDERED.

                                                     Steven J. McAuliffe
                                                   United States District Judge

Date: May 22, 2013

cc:  Paul Francis Blackmer, Jr.